UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PHYLLIS B. MAST, a single individual, | NO.  CV-13-066-RHW |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| SAFECO INSURANCE COMPANY OF ILLINOIS, a foreign insurer, | |
| Defendant. | |

Before the Court is the parties' Stipulation for Order of Dismissal with Prejudice, ECF No. 24. The parties have settled this matter and ask that the case be dismissed with prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1.   The parties' Stipulation for Order of Dismissal with Prejudice, ECF No. 24, is **GRANTED**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, provide copies to counsel and close the file.

**DATED** this 15th  day of January, 2014.


_s/Robert H. Whaley_
ROBERT H. WHALEY
United States District Court


Q:\RHW\aCIVIL\2013\Mast\dismiss.wpd

**ORDER GRANTING STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE  ~ 1**